# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Request for Modifying the Conditions Or Terms of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)



U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 NOV 20 AM 7:19
LORETTA G. WHYTE
CLERK

**Name of Offender:** RANDALL PIERRE LOMBARDINO      **Case Number:** 053L 2:00CR00223-002L

**Name of Sentencing Judicial Officer:** Honorable Eldon E. Fallon

**Offense:** Count 1 - 18 U.S.C. 2113(a) and 2 - Bank robbery, Count 3 - 18 USC 2113(a), 2213(d) and 2 - Bank robbery

**Date of Sentence:** June 20, 2001

**Sentence:** June 20, 2001

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment
3. Financial disclosure
4. Financial restriction
5. Restitution in the amount of $19,676.00, to be paid at a rate of $150.00 per month

RECEIVED NOV 1 0 2007 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** May 26, 2006

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.

[ X ]  To modify the conditions of supervision as follows:

Randall Lombardino shall reside at the Volunteers of America Community Sanction Center for a period of six months and shall observe the rules of that facility.

**REASON FOR MODIFICATION:**

Lombardino committed several violations which include failing to submit monthly supervision reports, failing to support his dependents as ordered by the court, changing residences without notifying to the probation officer, testing positive for illicit substances on three occasions, and failing to pay his court-ordered restitution.

Lombardino has failed to submit his monthly supervision reports for the months of January through September, 2007. As March 2007, Lombardino has not had any contact with his son, Pierre Lombardino, nor has he contributed to his well-being since that time.

Also, Lombardino failed to notify this officer of a change of residence within the 10 day time frame. This officer discovered that Lombardino was living apart from his family after a home visit was conducted at his mother's residence. In addition, Lombardino tested positive for cocaine December 18, 2006, June 29, 2007 and September 21, 2007. Lombardino admitted to cocaine usage on each instance. Moreover, Lombardino failed to pay his court ordered restitution payment of $150.00 per month. The last payment received was on January 18, 2007. His balance is $18,543.00.

This officer is recommending modification of Lombardino's conditions to include placement in the Volunteers of America Community Sanction Center for a period of six months. This sanction will allow Lombardino the opportunity to participate in a drug treatment program and address his substance abuse issues as well as finding meaningful employment. In addition, this will allow him the opportunity to help re-establish his relationship with his family. Lombardino has signed the attached Probation Form 49 Waiver of Hearing to Modify Conditions of

Doc. No

Community Sanction Center.

*Cornell J. Manuel* (signature)
Cornell J. Manuel
U.S. Probation Officer
November 09, 2007

REVIEWED BY:

*Matthew G. Arseneaux* (signature)
Matthew G. Arseneaux
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Signature* 
Signature of Judicial Officer

Nov 19, 2007
Date

DISTRIBUTION:
- Original — Clerk's Office
- 1 Copy Certified — U.S. Attorney
- 1 Copy Certified — Defense Counsel
- 2 Copies Certified — U.S. Probation

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

COMMUNITY CONFINEMENT: The defendant shall reside in the local halfway house for a period of 6 month(s) and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation officer.

Witness: _____  Signed: _____
Cornell J. Manuel                   Randall Pierre
U.S. Probation Officer              Lombardino
                                    Probationer or
                                    Supervised Releasee

                                                     11/9/07
                                                     DATE